

FILED

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0368

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0368

_____

PETER GRIGG,

      Plaintiff and Appellant,

v.

JUDGE MATT CUFFE,

      Defendant and Appellee.

_____

FILED

JAN 0 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant Peter Grigg has filed a motion for extension of time within which to file his reply brief. Upon consideration of Appellant's motion for extension,

    IT IS HEREBY ORDERED that Appellant has until February 14, 2022, within which to file his reply brief.

    No further extensions will be granted.

    DATED this _____ day of January, 2022.

                     For the Court,

                                  _____

                                     Chief Justice